UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 26 AM 11:30

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jenaro MARCOS-Perez,<br><br>　　　　　Defendant | Magistrate Docket No. '07 MJ 2967<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **December 20, 2007**, within the Southern District of California, defendant, **Jenaro MARCOS-Perez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　　James Trombley
　　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **DECEMBER 2007.**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jenaro MARCOS-Perez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On Thursday, December 20, 2007, Border Patrol Agent M. Anzelmo, along with Agents E. Gomez, S. Farley, W. Thompson, D. Swanson and I. Palacios, was performing Border Patrol duties at an area known as "Frenchman's Meadow." This area is located approximately two miles east of the Otay Mesa, California, Port of Entry, and approximately one mile north of the United States/Mexico international border.

At approximately 6:15 p.m., Agent Palacios observed a group of five individuals walking north towards "Frenchman's Meadow." The individuals were headed on the same trail that Agents Gomez and Thompson were located on. As the group approached, Agents Gomez and Thompson jumped out and attempted to apprehend the individuals. They were able to apprehend four of the five individuals. However, one individual later identified as the defendant **Jenaro MARCOS-Perez**, began to run south away from them. Agent Anzelmo immediately responded to the area and was able to apprehend the defendant after a brief foot chase and minor struggle. All five of the individuals were brought together and questioned regarding their citizenship and nationality. All the individuals including the defendant freely admitted to being citizens and nationals of Mexico illegally present in the United States. At approximately 6:30 p.m., Agent Anzelmo placed the group under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on December 24, 2006, through San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he understood his rights and agreed to answer questions without an attorney being present. The defendant admitted once again that he is a citizen and national of Mexico illegally present in the United States.

**Executed on December 22, 2007 at 9:30 a.m.**

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **December 20, 2007,** in violation of Title 8, United States Code, Section 1326.

_____        _____12/22/07 - 401 pm_____
Leo S. Papas                            Date/Time
United States Magistrate Judge